# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:05CR00305-009 SWW

CYNTHIA C. CALICOTT

### ORDER

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The U.S. Probation Office has advised the Court that defendant, Cynthia C. Calicott, has met all the criteria for early termination and that early termination is recommended. The government has no objection to early termination of defendant's supervised release. The Court finds that defendant's motion [doc #1254] should be *granted*.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 5th day of November 2012.

/s/Susan Webber Wright
United States District Judge