# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


UNITED STATES OF AMERICA

V.                                              NO. 4:05CR00305-031  SWW

FREDERICK W. ROBINSON


## ORDER

Before the Court is the government's motion to dismiss petition to revoke supervised release.  The Court has been advised of new information by the U. S. Probation Office and finds that a status hearing should be scheduled to commence at *10:00 a.m. on TUESDAY, JULY 23, 2013, in Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

The motion to dismiss petition to revoke supervised release [doc #1285]  is *denied*.

IT IS SO ORDERED this 19th  day of July 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE