# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. NO. 4:05CR00305-031 SWW | |
| FREDERICK ROBINSON | DEFENDANT |

**ORDER**

Before the Court is the government's motion to revoke defendant's supervised release [doc #1259] as to the above-named defendant. The defendant did not appear at the scheduled hearing on September 5, 2013 and the Court directed that a warrant be issued. Due to information provided by the U. S. Probation Office, the Court finds that the warrant should be recalled and a summons issued.

IT IS SO ORDERED that the U. S. Marshal is directed to recall the warrant issued in this matter. The Clerk is directed to issue a summons for a revocation hearing scheduled **TUESDAY, SEPTEMBER 17, 2013 AT 2:00 P.M. IN COURTROOM #389** to show cause why the supervised release previously granted this defendant should not be revoked. and the United States Marshal is directed to serve the summons in this matter upon defendant.

IT IS SO ORDERED this 6th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE