# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                      No. 4:05CR00305-031 SWW

FREDERICK W. ROBINSON                                                                             DEFENDANT

## ORDER

The defendant is directed to sign a release for his medical records at Rivendell Behavioral Health Services of Arkansas for the dates from on or about September 6, 2013 to September 15, 2013, for Conway Regional Hospital from on or about September 6, 2013 and for Arkansas Children's Hospital from on or about September 17, 2013. When the records are obtained by the U. S. Probation Office, a copy of the records will be provided to the Court, counsel for the government and the defense counsel. A hearing will be scheduled immediately upon the Court being notified that the defendant is medically able to attend.

IT IS SO ORDERED this 18th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE