**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                              NO. 4:05CR00305-031  SWW

FREDERICK W. ROBINSON                                                DEFENDANT

## ORDER

The above entitled cause came on for hearing September 19, 2013 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and testimony of witnesses, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***, granting government's motion [doc #1259]. Defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS + ONE (1) DAY*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Texarkana, Texas, that defendant participate in a substance abuse treatment program, mental health counseling and grief counseling during incarceration.

There will be ***NO*** supervised release to follow.

Defendant remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 20th day of September 2013.

/s/Susan Webber Wright

United States District Judge