# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

vs.                  NO. 4:05CR00305-019 SWW

JAMES FREDERICK HOWARD                                  DEFENDANT

## **ORDER**

Pending before the Court is the government's motion to dismiss the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the pending petition to revoke supervised release [doc #1303] is **granted**. The motion to revoke probation [doc #1295] is **denied as moot** and the hearing previously scheduled Friday, December 6, 2013 at 1:00 p.m. is canceled.

DATED this 3rd day of December 2013.

                                                                /s/Susan Webber Wright
                                                                 United States District Judge